**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



MAR 30 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT WOOTEN, | No. 09-15560 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-01311-LKK-JFM |
| v. | |
| STATE OF CALIFORNIA; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence K. Karlton, District Judge, Presiding

Submitted March 16, 2010 [**]

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Robert Wooten appeals pro se from the district court's judgment dismissing

his 42 U.S.C. § 1983 action alleging that the defendants violated his First and

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

tk/Research

Tenth Amendment rights by virtue of a California Supreme Court decision legalizing same-sex marriage in California.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo an order granting a motion to dismiss.  *Sacks v. Office of Foreign Assets Control*, 466 F.3d 764, 770 (9th Cir. 2006).  We affirm for the reasons stated by the district court.

We do not consider Wooten's arguments raised for the first time on appeal.  *See Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir. 2007).

Wooten's remaining contentions are unpersuasive.

**AFFIRMED.**